IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. MARCY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN, SCI GRATERFORD, et al. | : | No. 17-cv-49 |

ORDER

AND NOW, this 27th day of February 2017, upon careful and independent review of the Petition for a Writ of Habeas Corpus (Doc. No. 1), and of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 4), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED as follows.

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.
3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.